McCONNELL, J.,
dissenting.
Counsel drafted this complaint and the district court decided the motion to dismiss under the pleading standard set by Conley v. Gibson, 355 U.S. 41, 45-46, 78 S.Ct. 99, 2 L.Ed.2d 80 (1957) (“[A] complaint should not be dismissed for failure to state a claim unless it appeal’s beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief.”). That standard was overruled by the Supreme Court in Bell Atlantic Corp. v. Twombly, — U.S.-, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007). See Robbins v. Oklahoma, 519 F.3d 1242 (10th Cir.2008). I would remand this case to the district court for consideration under the new standard and, if appropriate, for dismissal without prejudice to permit counsel to prepare a complaint in compliance with Twombly.